IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARQUEIS WAYNE JOHNSON, AIS # 178713, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  2:09cv1117-ID ) (WO) |
| LOUIS BOYD, *et al.*, | ) ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this case be and is hereby DISMISSED with prejudice, with costs taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 5th day of August, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE